Entered on Docket
November 02, 2009

_____
Hon. Michael S. McManus
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, N.A.
09-75450 / 0055681878

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-51602-gwz |
| Brian Daniel Rothe and Virginia Lee Rothe | MS Motion No.<br>Date:<br>Time: |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 4 Monthly Payments at $2,457.17 (June 1, 2009- September 1, 2009) | $9,828.68 |
| 3 Late Charges at $104.41 each (June 16, 2009-August 16, 2009) | $ 313.23 |
| Attorney Fees | $ 750.00 |
| Motion Filing Fee | $ 150.00 |
| Total Arrearages | $11,041.91 |

The above arrearages shall be paid in one (1) immediate payment of $11,041.91 shall be due on or before date of execution of this order.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the October 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 10664 Eagle Falls Way, Reno, NV 89521, and legally described as follows:

LOT 113 OF "DOUBLE DIAMOND RANCH VILLAGE 19B, A PUINNED DEVELOPMENT ACCORDING THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY STATE OF NEVADA, ON APRIL 3, 2003, AS FILE J~. 2831796, AND AS TRACT MAP NO. 4187.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the

subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By _____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

William Van Meter

By  *See Exhibit "A"*

William Van Meter
Chapter 13 Trustee
P.O. Box 6630
Reno, NV 89513

Joe Laub (Reno)

By _____ (FN)

Joe Laub (Reno)
Attorney for Debtors
630 E. Plumb Ln.
Reno, NV 89502

Nevada Bar No._____

## Gena Gipson

**From:** Toby Herzinger [tobyc13@nvbell.net]
**Sent:** Wednesday, October 14, 2009 5:07 PM
**To:** 'Gena Gipson'
**Subject:** FW: Rothe 09-75450 / 09-51602-gwz

---

**From:** Mary Rivinius [mailto:maryc13@nvbell.net]
**Sent:** Wednesday, October 14, 2009 4:39 PM
**To:** 'Toby Herzinger'
**Subject:** RE: Rothe 09-75450 / 09-51602-gwz

Gena,
    Mr. Van Meter doesn't sign the APO's or the Orders Lifting the Stay. Please submit without the Trustee's signature.
        Thanks!
           Mary

-----Original Message-----
**From:** Toby Herzinger [mailto:tobyc13@nvbell.net]
**Sent:** Wednesday, October 14, 2009 2:09 PM
**To:** maryc13@nvbell.net
**Subject:** FW: Rothe 09-75450 / 09-51602-gwz


Toby Herzinger
Assistant to William A. Van Meter
Chapter 13 Trustee - Reno, NV

Ph: 775-324-2500 ext. #105
Fax: 775-324-3313

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachments is prohibited. If you received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation

EXHIBIT A

10/14/2009